E-filing

FILED
08 MAY 13 PM 3: 13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffrey Micheal Crommelin )
                         )
              Plaintiff,  )      CASE NO. _____
                         )
     vs.                 )      PRISONER'S **WHA**
                         )      APPLICATION TO PROCEED
Mike Martel              )      **IN FORMA PAUPERIS**
(A) Warden      Defendant.)                          **(PR**
_____ )

I, **Jeffrey M Crommelin** declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

     In support of this application, I provide the following information:

1.     Are you presently employed?  Yes ____  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  H.VA.C. labor   4-5-2006   gross pay $1800

5  Month $1,300 net pay month

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or              Yes ____ No X

10          self employment

11     b.    Income from stocks, bonds,           Yes ____ No X

12          or royalties?

13     c.    Rent payments?                       Yes ____ No X

14     d.    Pensions, annuities, or              Yes ____ No X

15          life insurance payments?

16     e.    Federal or State welfare payments,   Yes ____ No X

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                        Yes ____ No X

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for

2          support and indicate how much you contribute toward their support. (NOTE:

3          For minor children, list only their initials and ages. DO NOT INCLUDE

4          THEIR NAMES.).

5          N/A

6

7  5.    Do you own or are you buying a home?    Yes ___ No X

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?    Yes ___ No X

10 Make _____ Year _____ Model _____

11 Is it financed? Yes ___ No ___ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.    Do you have a bank account? Yes ___ No X (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15

16 Present balance(s): $ _____

17 Do you own any cash? Yes ___ No X Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes ___ No X

20

21 8.    What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account    Monthly Payment    Total Owed on this Account

26 _____ $ _____ $ _____

27 _____ $ _____ $ _____

28 _____ $ _____ $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    I owe restution to the Courts. $2,900

4    _____

5                                                    .

6    10.    Does the complaint which you are seeking to file raise claims that have been presented

7    in other lawsuits?    Yes ____  No ✗ .

8    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

9    which they were filed.

10    _____

11    _____

12         I consent to prison officials withdrawing from my trust account and paying to the court

13    the initial partial filing fee and all installment payments required by the court.

14         I declare under the penalty of perjury that the foregoing is true and correct and

15    understand that a false statement herein may result in the dismissal of my claims.

16

17    5-4-08                          Jeff Crommul.
            DATE                      SIGNATURE OF APPLICANT

18

19

20                                   **Case Number:** _____

21

22

23

24

25

26

27

28

- 4 -

1          **CERTIFICATE OF FUNDS**

2                  **IN**

3          **PRISONER'S ACCOUNT**

4

5          I certify that attached hereto is a true and correct copy of the prisoner's trust account

6    statement showing transactions of _____ 57 cents _____ for the last six months

7    at

8                                    [prisoner name]  Jolff Cronmelin

9    MCSP _____ where (s)he is confined.

10              [name of institution]

11         I further certify that the average deposits each month to this prisoner's account for the

12   most recent 6-month period were $ _____ ¢/ _____ and the average balance in the prisoner's

13   account each month for the most recent 6-month period was $ _____ ∅ _____ .

14

15   Dated: 5/08/08                          B. Kissel, CCI

16                                 [Authorized officer of the institution]

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
MULE CREEK STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU MAY 01, 2008

ACCOUNT NUMBER : E98116                         BED/CELL NUMBER: A GY0000000136M
ACCOUNT NAME   : CROMMELIN, JEFFREY M                  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/10 | D320 | TRUST FUNDS T SQ | 2157 | | 0.57 | | 0.57 |
| | | ACTIVITY FOR 2008 | | | | | |
| 03/06 | W516 | LEGAL COPY CH 0121 | 3178 | | | 0.57 | 0.00 |

## CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 05/01/2008 | H114 | COPAY FEE, MED | COPAY 3992 | 5.00 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.57 | 0.57 | 0.00 | 5.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-------------
5.00-
-------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY                                    5/1/08
   TRUST OFFICE

Jeff Crommelin
#E-98116
M.C.S.P-A-GWm.130m
PO Box-409020
Ione, CA-95640

Legal
mail

RECEIVED
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of United States District
Court - Northern District
450 Golden Gate Ave.
Box-36060
San Francisco, CA