# DECLARATION OF SERVICE BY MAIL

Jeff Crommelin / Mike Martel

CASE NAME: (A) Warden    CASE NO: 2455 08

I, Jeffrey M Crommelin, am a resident of the state of California Mule Creek State Prison ( M. C. S. P ) at Ione, County of Amador, California, and am at least 18 years of age, and am party to the within action. My mailing address is P.O. Box 409000, Ione, California 95640-9000.

On 5-1-08, I served a true and correct copy of the following document(s):
Petition for A Writ of Habeas Corpus Inmate trust accounting System, Letter Stating that I would like a stamp, filed copy of my writ.

On each party listed below by placing it in a sealed envelope, with adequate postage or provided, and depositing said envelope in the institutional mail box or turned said envelope to custodial personnel for the United States Mail at Mule Creek State Prison, P.O. Box 409000, Ione, California 956490900. Each party to the action has been duly served.

This copy is being mailed to:
United States District Court - Northern District of California, 450 Golden Gate AVE. Box 36060 San Francisco, CA 94102

I have mailed additional copies to:
Jerry Brown - Dept. of Justice - 1300 I Street 11th floor - P.O Box - 944255 - Sacramento, CA 94244-2550

There is regular service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this date: May 7, 2008, at Ione, California.

Signed: Jeff Crommelin    CDC No: E-98116

M. C. S. P MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE: _____    SIGNED: _____