1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ARTHUR P. BEEVER
   Deputy Attorney General
6  State Bar No. 242040
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5865
8    Fax: (415) 703-1234
     Email: arthur.beever@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   **JEFFREY MICHAEL CROMMELIN,**           C 08-2455 WHA (PR)
14
                              Petitioner,    **APPLICATION FOR EXTENSION**
15                                           **OF TIME TO FILE RESPONSE**
                  v.
16
   **MIKE MARTEL, Warden,**
17
                              Respondent.
18

19         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day

20 extension of time from today's date until September 19, 2008, in which to file a response to the

21 petition for writ of habeas corpus. Good cause for the extension is set forth in the accompanying

22 declaration of counsel. We have not attempted to contact petitioner, who is an incarcerated state

23 prisoner representing himself in this case.

24         WHEREFORE, respondent respectfully requests that this Court grant an extension of time

25 to and including September 19, 2008, in which to file the answer or other responsive pleading.

26

27

28

   App. for Ext. of Time to File Response - C 08-2455 WHA (PR)
                                                1

1 | Dated: July 21, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

10 |

11 | Attorneys for Respondent

App. for Ext. of Time to File Response - C 08-2455 WHA (PR)

2

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | ARTHUR P. BEEVER
Deputy Attorney General
6 | State Bar No. 242040
   455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
   Telephone: (415) 703-5865
8 | Fax: (415) 703-1234
   Email: arthur.beever@doj.ca.gov
9 | Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JEFFREY MICHAEL CROMMELIN,**

Petitioner,

v.

**MIKE MARTEL, Warden,**

Respondent.

C 08-2455 WHA (PR)

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

I, Arthur P. Beever, declare under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this habeas corpus case.

2. On May 20, 2008, this Court issued an Order to Show Cause why the petition for a writ of habeas corpus should not be granted. The California Attorney General's Office in San Francisco docketed the order on May 22, 2008.

3. I am unfamiliar with the case. I am presently unable to begin working on this case because I am preparing the answer in *Nawabi v. Hartely* (C 08-1258). I also have six other previously assigned cases. In the past 60 days, I filed the Respondent's Brief on the Merits in *People v. Stevens* (California Supreme Court case number S158852) and an Answer in the

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-2455 WHA (PR)

1

previously assigned case of *Lowe v. Walker* (C 08-005). Once I have completed briefing all of my previously assigned cases, I will devote substantially all of my time to working on this case.

4. I have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself in this case.

5. Accordingly, I respectfully request that this Court grant an extension of time to and including September 19, 2008, in which to file a response to the order to show cause.

Dated: July 21, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Arthur P. Beever
ARTHUR P. BEEVER
Deputy Attorney General

Attorneys for Respondent

Dec. of Counsel in Support of App. for Ext. of Time to File Response - C 08-2455 WHA (PR)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEFFREY MICHAEL CROMMELIN,** | C 08-2455 WHA (PR) |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **MIKE MARTEL, Warden** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including September 19, 2008, to file a response to the petition for writ of habeas corpus.

DATED: _____

WILLIAM H. ALSUP
United States District Judge

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Crommelin v. Martel, Warden**

No.:  **C 08-2455 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>July 21, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Jeffrey M. Crommelin
E-98116 / A-Gym-136m
Mule Creek State Prison
P.O. Box 409020
Ione, CA 95640

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Francisco, California.

|              S. Agustin              |              /s/ S. Agustin              |
|:------------------------------------:|:----------------------------------------:|
|               Declarant              |                 Signature                |

20126027.wpd