**FILED**
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAMBERS COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY MICHAEL CROMMELIN, | C 08-2455 WHA (PR) |
| Petitioner, | **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| MIKE MARTEL, Warden | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including September 19, 2008, to file a response to the petition for writ of habeas corpus.

DATED: 8/18/08

WILLIAM H. ALSUP
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY M. CROMMELIN,

        Plaintiff,

  v.

MIKE MARTEL.,

        Defendant.
                                                 /

Case Number: CV08-02455 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Crommelin
E-98116/ A-Gym-136m
Mule Creek State Prison
PO Box 409020
Ione, CA 95640

Dated: August 21, 2008

                                       Richard W. Wieking, Clerk
                                       By: D. Toland, Deputy Clerk