UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY M. CROMMELIN,

    Plaintiff,

  v.

MIKE MARTEL et al,

    Defendant.
                                       /

Case Number: CV08-02455 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey M. Crommelin
E-98116/ FC-101L
Florence Correctional Center
PO Box 6200
Florence, AZ 85132

Dated: January 27, 2010

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk